**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Bert Travis LITTLE OWL,**
**Defendant—Appellant.**

**No. 11–30248.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 17, 2012.*

Filed July 27, 2012.

Marcia Kay Hurd, Esquire, Assistant U.S., Leif Johnson, Assistant U.S., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

David Merchant, Assistant Federal Public Defender, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**186**

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Bert Travis Little Owl appeals from the 168–month sentence imposed following his jury-trial conviction for aggravated sexual assault, in violation of 18 U.S.C. §§ 1153(a) and 2241(c). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Little Owl contends that the district court erred by basing his sentence on the false presumption that he had committed other sexual offenses. This contention is belied by the record.

Little Owl also contends that his sentence is substantively unreasonable because it does not reflect his medical needs or his history and personal characteristics. Under the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors, the sentence is substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

Before: SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

---

** This disposition is not appropriate for publication *and is not precedent except as provided* by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

